MANUEL PINHEIRO DBA EL MIRADOR MOTEL, APPELLANT, *v.* YOUNG ELECTRIC SIGN CO., A NEVADA CORPORATION, RESPONDENT.

No. 7750

June 9, 1975                                           535 P.2d 800

*John G. Spann,* Las Vegas, for Appellant.

*Pat J. Fitzgibbons,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

Appellant's briefs do not conform to NRAP 28(e), which contemplates that briefs shall refer to those places in the appendix or record where matter referred to may be found. Moreover, appellant has cited a paucity of relevant legal authority concerning the appeal's merits.

For these and other reasons, having examined the briefs and the record, we order this appeal submitted on such briefs and, finding it without merit, hereby affirm. NRAP 34(f)(1).